United States District Court
Southern District of Texas
**ENTERED**
July 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWAYNE OLSOVSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-0523 |
| | § | |
| SEC ENERGY PRODUCTS AND SERVICES, L.P., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant La Grange Acquisition, L.P.'s Motion for Summary Judgment, this action is **DISMISSED with prejudice**.

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 17th day of July, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE